IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-03150-CBS

LARRY DON MCCUE,

     Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

     Defendant.

---

## FINAL JUDGMENT

---

     Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Craig B. Shaffer on September 21, 2015, incorporated herein by reference, it is

     ORDERED that the SSA Commissioner's final order is AFFIRMED.  It is

     FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Larry Don McCue.  It is

     FURTHER ORDERED that this civil action and complaint are DISMISSED with each party to bear his own fees and costs.

     DATED at Denver, Colorado this __21st__ day of September, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ N. Marble
_____
N. Marble,
Deputy Clerk

